UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LANETTE MARIE HARRINGTON, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant. | Case No: 1:16-cv-08503 <br><br> Honorable Gary Feinerman |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Lanette Marie Harrington ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, JPMorgan Chase Bank, N.A., only, settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 20th day of October, 2016

Respectfully Submitted,

s/ Nathan C. Volheim
Nathan C. Volheim
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
(630) 575-8181
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim
